# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-0374
_____

CYNTHIA L. WADE,

Appellant,

v.

SOUTHEAST PERSONNEL
LEASING, and PACKARD CLAIMS
ADMINISTRATION,

Appellees.

_____

On appeal from an order of the Judge of Compensation Claims.
Jacquelyn L. Newman, Judge.

Date of Accident: April 30, 2013.

October 14, 2019

PER CURIAM.

AFFIRMED.

RAY, C.J., and MAKAR and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Nicolette E. Tsambis of Smith, Feddeler, Smith, P.A., Lakeland, for Appellant.

Robert B. Bennett and Karen E. Ferguson of Bennett, Jacobs & Adams, P.A., Tampa, for Appellees.